```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                          :
NAGEEB A ABDELSAYED,                      :   CIVIL ACTION: 17-2966 (ES)
                                          :
        Plaintiff,                        :
                                          :      ORDER FOR DISMISSAL
        v.                                :
                                          :
SUMMIT SECURITY SERVICES,                 :          CLOSED
INC, et al.                               :
                                          :
        Defendants,                       :
                                          :
```

It appearing that the above captioned matter having been pending for more than 90 days and plaintiff having failed to effect service during this time and the Court having noticed plaintiff for dismissal pursuant to F.R. Civ. P. Rule 4(m) and good cause not having been shown as to why this action should not be dismissed,

        IT IS ON THIS   28th  day of  SEPTEMBER  2017,

    O R D E R E D that the above case is hereby dismissed, pursuant to F.R. Civ. P. Rule 4(m), without prejudice and without costs.

                              s/ Esther Salas
                              ESTHER SALAS, U.S.D.J.